FILED
08 FEB -8 PM 1:40
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

E-filing

EMC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08       0870

Larry D. Briggs

         Plaintiff,

vs.

Sanmina-SCI

         Defendant.

CASE NO. ~~485-2086-20022E~~

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Larry D. Briggs, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?         Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__    Net: __N/A__

Employer: __N/A__

__N/A__

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)         - 1 -

1 | and wages per month which you received.
2 | *My Last day was 08-29-06  I made 3,500.00*
3 | *after gross 2,800.00*
4 |
5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a. Business, Profession or      Yes ___ No _X_
8 |         self employment?
9 |     b. Income from stocks, bonds,      Yes ___ No _X_
10 |         or royalties?
11 |     c. Rent payments?      Yes ___ No _X_
12 |     d. Pensions, annuities, or      Yes ___ No _X_
13 |         life insurance payments?
14 |     e. Federal or State welfare payments,      Yes ___ No _X_
15 |         Social Security or other govern-
16 |         ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 |     *N/A*
20 |     *N/A*
21 | 3. Are you married?      Yes _✓_ No ___
22 | Spouse's Full Name: *Cemmon Denise Briggs*
23 | Spouse's Place of Employment: *Home maker*
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $ *none*     Net $ *none*
26 | 4. a. List amount you contribute to your spouse's support: $ *2800.00*
27 |      b. List the persons other than your spouse who are dependent upon you for support
28 |         and indicate how much you contribute toward their support. (NOTE: For minor

Form-Intake 3 (Rev. 4/05)      - 2 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  U, G, B  ,  Sp, G, B
3  _____

4  5.  Do you own or are you buying a home?   Yes ___  No ✓
5  Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A
6  6.  Do you own an automobile?   Yes ___  No ✓
7  Make  N/A   Year  N/A   Model  N/A
8  Is it financed? Yes N/A  No N/A  If so, Total due: $ N/A
9  Monthly Payment: $ N/A
10 7.  Do you have a bank account?  Yes ___  No ✓ (Do not include account numbers.)
11 Name(s) and address(es) of bank:  N/A
12 N/A
13 Present balance(s): $ N/A
14 Do you own any cash?  Yes ✓  No ___  Amount: $ 3000.00
15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
16 market value.)   Yes ___  No ✓
17 N/A
18 8.  What are your monthly expenses?
19 Rent: $ 1400.00   Utilities: 300.00
20 Food: $ 300.00   Clothing: 500.00
21 Charge Accounts:
22 Name of Account        Monthly Payment        Total Owed on This Account
23 N/A        $ N/A        $ N/A
24 N/A        $ N/A        $ N/A
25 N/A        $ N/A        $ N/A
26 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 Back Rent, Medical Bills

Form-Intake 3 (Rev. 4/05)       - 3 -

1
2  10.     Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___  No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____ N/A _____
7  _____ N/A _____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  02-08-08                          *Larry Briggs*
12        DATE                            SIGNATURE OF APPLICANT

Form-Intake 3 (Rev. 4/05)                - 4 -