

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY D. BRIGGS,                          Case No. C08-0870 EMC

       Plaintiff,

v.

SAN MINA - SCI,

       Defendant.
_____/

### DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 3/6/08                             _Larry Briggs_____
                                                     Signature
                                                     Counsel for _____
                                                     (Name of party or indicate "pro se")