UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LARRY D. BRIGGS,

           Plaintiff(s),

    v.

SANMINA-SCI,

           Defendant(s).

CASE NO. C 08-0870 MHP

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    ☐ have not yet reached an agreement to an ADR process
    ✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 19, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Larry D. Briggs | Pro Se | (209) 827-0852 | dasz123002@yahoo.com |
| Robert S. Nelson | Defendant | (650) 794-2760 | rnelson@nelsonlawgroup.net |

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Dated: 5/5/08

                                                                                            Larry Briggs
                                                                          Attorney for Plaintiff

Dated: 4/30/08

                                                                          Attorney for Defendant

Rev 12.05   When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."