ROBERT S. NELSON (SBN# 220984)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
(650) 794-2760 (phone)
(650) 794-2761 (fax)
rnelson@nelsonlawgroup.net

Attorneys for Defendant
SANMINA-SCI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. BRIGGS,<br><br>　　　　　Plaintiff,<br>v.<br><br>SANMINA-SCI,<br><br>　　　　　Defendant. | Case No. C 08-0870 EMC<br><br>**SANMINA-SCI CORPORATION'S F.R.C.P. RULE 7.1 DISCLOSURE AND CIVIL L.R. 3-16 CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>**Complaint Filed:** February 8, 2008 |

　　　　Pursuant to Federal Rule of Civil Procedure Section 7.1, Defendant Sanmina-SCI Corporation hereby certifies that it has no parent corporations, nor are there any publicly-held corporations owning 10 percent or more of its stock.

　　　　Also, pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 5, 2008　　　　　　　　　　　　　　　　NELSON LAW GROUP


　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Robert S. Nelson
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　　SANMINA-SCI CORPORATION

DEFENDANT'S CERT. OF INTERESTED ENTITIES, CASE NO. C 08-0870 EMC