UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY D BRIGGS,

               Plaintiff(s),             No. C 08-00870 MHP

  v.

SANMINA SCI                        **ORDER OF REASSIGNMENT**

               Defendant(s).

_____/

    All parties having consented to the jurisdiction of a Magistrate Judge, this action is hereby REASSIGNED to United States Magistrate Judge Edward A. Chen for all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 5/6/2008

_____
MARILYN HALL PATEL
United States District Court Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY D BRIGGS,

        Plaintiff,

  v.

SAN MINA SCI et al,

        Defendant.
                                         /

Case Number: CV08-00870 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry D. Briggs
1631 Fir Street
Los Banos, CA 93635

Dated: May 7, 2008

                                        Richard W. Wieking, Clerk
                                        By: Anthony Bowser, Deputy Clerk