**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

---

www.cand.uscourts.gov

Richard W. Wieking                                                                                              General Court Number
Clerk                                                                                                                                    415.522.2000

**May 8, 2008**

**CASE NUMBER:  CV 08-00870 MHP**
**CASE TITLE:  LARRY D BRIGGS-v-SAN MINA SCI**

REASSIGNMENT ORDER

      GOOD CAUSE APPEARING THEREFOR,

      IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable EDWARD M. CHEN** for all further proceedings.

      Counsel are instructed that all future filings shall bear the initials **EMC** immediately

after the case number.

      ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/8/08

                                        FOR THE EXECUTIVE COMMITTEE:

                                        _____
                                                        Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 5/8/08 MAB |

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                                                Transferor CSA