UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY D BRIGGS

        Plaintiff(s),

V.

SAN MINA SCI

        Defendant(s),

Case No. CV 08-00870 EMC

ORDER RE APPLICATION
TO PROCEED
IN FORMA PAUPERIS

(✓)    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED, ~~and that the Clerk issue summons~~.
IT ~~IS FU~~RTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment ~~of fees, a~~ copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and ~~this order~~ upon the defendant.

( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $350.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $_____ by _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: 5/27/8

UNITED STATES MAGISTRATE JUDGE

(Not to be used in HABEAS CORPUS cases)

NDC CSA-7