**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** July 2, 2008

**Case No:** C08-0870 EMC                    **FTR Time:**    1:48-1:53 p.m.

**Case Name:**  BRIGGS V. SANMINA-SCI

     **Attorneys:**  Larry Briggs, pro se Plaintiff
                 Robert Nelson for Defendant

     **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

     CMC - Held

**ORDERED AFTER HEARING:**

1.     The Plaintiff has requested appointment of counsel at least for the limited scope of representing him in deposition discovery and in the settlement conference.  Plaintiff shall submit his application for appointment of counsel for the assisted settlement conference project, which application shall also be considered for appointment of pro bono counsel in the litigation.

2.     The case is referred to ADR for assisted settlement conference before a Magistrate Judge.  Should pro bono counsel be appointed more generally, the referral for assisted settlement conference shall be withdrawn, but the case shall nonetheless proceed to settlement conference before a Magistrate Judge.  Such settlement conference shall be completed between 90 and 120 days.

3.     Trial date will be set at the 9/10/2008 case management conference.

4.     All formal discovery is stayed until pro bono counsel for Plaintiff enters an appearance or further order by this Court.  Once discovery commences, each side shall be permitted to take no more than one deposition and propound narrowly tailored limited written discovery necessary to prepare for the settlement conference.  If the case is not settled, the parties may take additional discovery consistent with the Federal Rules of Civil Procedure.

Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 9/10/08 at 2:30 p.m. for Further Status Conference.  Defendant may appear by phone.  An updated Status Conference Statement shall be filed on or before 9/3/2008.


cc: EMC/ ADR / Wings