UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY D. BRIGGS,

        Plaintiff,

  v.

SANMINA-SCI,

        Defendant.
_____/

Case No. C08-0870 EMC

**CASE MANAGEMENT CONFERENCE ORDER**

Following the Case Management Conference held on **7/2/2008,** IT IS HEREBY ORDERED THAT:

    A further case management conference is set for **9/10/2008** at **2:30 p.m.** before Magistrate Judge Chen in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. Updated **joint** case management conference statement is due **9/3/2008.**

    Pursuant to Fed.R.Civ.P. 16, IT IS FURTHER ORDERED THAT the following case management and pretrial order is entered:

    1.    The Plaintiff has requested appointment of counsel at least for the limited scope of representing him in deposition discovery and in the settlement conference. Plaintiff shall submit his application for appointment of counsel for the assisted settlement conference project, which application shall also be considered for appointment of pro bono counsel in the litigation.

    2.    The case is referred to ADR for assisted settlement conference before a Magistrate Judge. Should pro bono counsel be appointed more generally, the referral for assisted settlement conference shall be withdrawn, but the case shall nonetheless proceed to settlement conference before a Magistrate Judge. Such settlement conference shall be completed between 90 and 120 days.

3. Trial date will be set at the 9/10/2008 case management conference.

4. All formal discovery is stayed until pro bono counsel for Plaintiff enters an appearance or further order by this Court. Once discovery commences, each side shall be permitted to take no more than one deposition and propound narrowly tailored limited written discovery necessary to prepare for the settlement conference. If the case is not settled, the parties may take additional discovery consistent with the Federal Rules of Civil Procedure.

Dated: July 3, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge