UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D BRIGGS,<br><br>        Plaintiff,<br><br>  v.<br><br>SAN MINA SCI et al,<br><br>        Defendant. | Case Number: CV08-00870 EMC (BZ)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 10, 2008, I SERVED a true and correct copy(ies) of the attached, **ORDER SCHEDULING SETTLEMENT CONFERENCE** by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry D. Briggs
1631 Fir Street
Los Banos, CA 93635

Robert S. Nelson
Nelson Law Group
900 Cherry Avenue
Suite 300
San Bruno, CA 94066

Dated: July 10, 2008

                              Richard W. Wieking, Clerk
                              By: Rose Maher, Deputy Clerk

                              *Rose Maher*