UNITED STATES DISTRICT COURT

Northern District of California

LARRY D. BRIGGS,
Plaintiff in Propia Persona,

v.

SANMINA-SCI,
Defendant(s).
/

No. C 08-0870 EMC

**APPLICATION FOR ASSISTED SETTLEMENT CONFERENCE**

I am the plaintiff in the above-entitled employment discrimination action. I request that the court refer this case into the Assisted Settlement Conference Program. In support of this request, I provide the following information:

A. SUMMARY INFORMATION ABOUT BASIS OF THE CASE

(1) I filed an employment discrimination case in the Court against the above-named defendant on: Sept. 6, 2006.

(2) I filed this case because the defendant harmed me by (circle any applicable):

a. failing to employ me.

(b.) firing me.

c. eliminating my position.

///

///

d. failing to promote me.

e. demoting me.

f. disciplining me without reason.

(g.) harassing me (or allowing others to harass me) so that working conditions became intolerable.

h. paying me differently than others doing similar work.

(i.) providing different terms, conditions or privileges of employment than others received doing similar work.

j. other actions (specify): ______________________________.

(k.) taking action/retaliating against me because I complained about any of the above harms.

(3) For each item that you circled in question #2, above, give one example of when and how the defendant took an action that harmed you:

| Item | When | How did defendant do it? (If more space is needed, add additional sheet.) |
|---|---|---|
| B | Sept. 1, 06 | Anna From H.R. Called me told me Come in and pick up my check and Took Box |
| g | Dec. 14, 05<br>May. 18, 06<br>May. 9, 06<br>May. [illegible], 06 | on Dec 14, 05 Carlos My Supervisor Said No Black never maid it in my dept. on May. 18, 06 Carlos said After I Fire you I'm going to get Gerld Fire too. |
| I | May. 19, 06<br>May. 22, 06 | On the 19th 2006 I was pulled off they machine no one els was pulled off But me. and this is the day that I Felled and Hurt myself |

(4) The defendant took action that harmed me, as I identified in question #2 above; the defendant did so because of (circle any applicable):

(1.) my race or color.

2. my religion.

///



UNITED STATES DISTRICT COURT
For the Northern District of California

3. my sex.
4. my national origin.
5. my disability.
6. my age.
7. other (specify): ______________________________.

(5). Give an example of how a harm that you suffered, as you indicated in question #2, is related to any discriminatory reason that you marked in question #4. Do this for each item you mark in questions #2 and #4:

| Harm (Q2) | Discriminatory Reason (Q4) | How do you know that Q4 is the reason defendant did Q2? (If more space is needed, add additional sheet.) |
|---|---|---|
| Q2 and Q4 | Cause my face and me knowing How to operate and Setup CNC Machine | Because I was they only Black in that dept. I WAS call Shop monkey, call geney pig I WAS TOLD THAT I AM GONE TO GET you BLACK ASS FRID |
| | | |
| | | |

B. REASONS FOR SEEKING AN ASSISTED SETTLEMENT CONFERENCE

(6) Have you read the materials on ADR and on Assisted Settlement Conference provided by the Clerk, when you filed the case, or by the court? Yes ✓ No ____

///

///

///

///



UNITED STATES DISTRICT COURT
For the Northern District of California

(7) I am seeking an assisted settlement conference because I hope the process will (circle any applicable):

a. improve communication between me and the defendant.

b. help me explain to the defendant the harm the defendant has caused me.

c. help the defendant explain to me the reason for the actions the defendant took which harmed me.

d. help me understand the strengths of my case and the defendant's case.

e. help me understand the weaknesses of my case and the defendant's case.

f. help me and the defendant understand if there is anything we agree upon in this dispute.

g. help me and the defendant explore any creative solutions to this dispute which the court might not be able to impose if we go to trial.

h. help me preserve or improve what remains of my personal or business relationship with the defendant.

i. provide confidentiality in coming to a resolution of this dispute.

j. tone down the hostility between me and the defendant.

k. help me and the defendant get to the core of the case and sort out the issues in dispute.

l. help us settle all or part of the dispute.

m. other reason (specify): ______________________________.

C. WHY I NEED AN ATTORNEY TO ASSIST ME IN THIS SETTLEMENT CONFERENCE

(8) Have you been unable to find an attorney willing to represent you in this case on terms you can afford? Yes ✓ No ____

///

///

///



UNITED STATES DISTRICT COURT
For the Northern District of California

(9) I have made a reasonable effort to obtain an attorney to represent me and contacted the following attorneys for this purpose (include additional sheets if necessary):

| Attorney Name | Address | Phone Number |
|---|---|---|
| LAW OFFICES OF RAND L STEPHENS 1125 B ARNOLD | 1125 B ARNOLD DR. 278 MARTINEZ 511 W 3RD ST ANTIOCH CA 94509 | 510-232-9335 |
| MANDY LEIGH | 870 MARKET STREET SUITE 1161 SAN FRANCISCO CA 94102 | 415-399-9155 |
| | | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

7/6/08
Date

[signature]
Signature

LARRY BRIGGS
Name (Printed)



UNITED STATES DISTRICT COURT
For the Northern District of California