UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. BRIGGS,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>SANMINA-SCI,<br><br>　　　　Defendant(s). | No. C08-0870 EMC (BZ)<br><br>**CLERK'S NOTICE CONTINUING SETTLEMENT CONFERENCE** |

**PLEASE TAKE NOTICE** that the settlement conference presently scheduled for Friday, October 10, 2008, at 9:00 a.m. is **continued** to **Tuesday, October 21, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Settlement conference statements are due seven (7) days prior to the Settlement Conference.

Dated: July 17, 2008

　　　　　　　　　　　　　　　　　　　　_Rose Maher_
　　　　　　　　　　　　　　　　　　　　Rose Maher - Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　Magistrate Judge Bernard Zimmerman

1