**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. BRIGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANMINA-SCI,<br><br>　　　　Defendant.<br>_____/ | No. C-08-0870 EMC<br><br>**ORDER GRANTING APPOINTMENT OF PRO BONO COUNSEL FOR LIMITED PURPOSES**<br><br>**(Docket No. 25)** |

　　The Court, having received Plaintiff's application of assisted settlement conference, shall as previously indicated treat it as an application for appointment of pro bono counsel. The Court hereby grants the application for appointment of counsel and refers this matter to the Federal Pro Bono Project for appointment of counsel for the limited purpose of representing Plaintiff in all matters, including discovery, up through completion of the settlement conference.

　　This order disposes of Docket No. 25.

　　IT IS SO ORDERED

Dated: July 18, 2008

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge