UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. BRIGGS, | No. C-08-0870 EMC |
| Plaintiff, | |
| v. | **ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |
| SANMINA-SCI, | |
| Defendant. _____/ | |

The Plaintiff having requested and being in need of counsel to assist him in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Plaintiff LARRY D. BRIGGS shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The Clerk of this Court shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by the BASF that an attorney has been located to represent Plaintiff LARRY D. BRIGGS, that attorney shall be appointed as counsel for Plaintiff LARRY D. BRIGGS in this matter until further order of the Court.

///
///
///

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Plaintiff LARRY D. BRIGGS in this action.

IT IS SO ORDERED.

Dated: July 18, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge