United States District Court
For the Northern District of California

1
2
3
4
5        UNITED STATES DISTRICT COURT
6        NORTHERN DISTRICT OF CALIFORNIA
7
8  LARRY D. BRIGGS,                              No. C-08-0870 EMC
9           Plaintiff,
10     v.
                                                 **CLERK'S NOTICE**
11 SANMINA-SCI,
12          Defendant.
   _____/
13
14
15     TO ALL PARTIES AND COUNSEL OF RECORD:

16     YOU ARE NOTIFIED THAT the Case Management Conference set for September 10,

17 2008, at 2:30 p.m. has been changed to **October 1, 2008, at 2:30 p.m.** before Magistrate Judge

18 Edward M. Chen, Courtroom C, 450 Golden Gate Avenue, 15th Floor, San Francisco, CA 94102.  A

19 Joint Case Management Conference statement shall be filed by September 24, 2008.

20

21 Dated: September 4, 2008                      RICHARD W. WIEKING, CLERK

22

23                                               By:      /s/
                                                       Leni Doyle
24                                                     Deputy Clerk

25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. BRIGGS, | No. C-08-0870 EMC |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| SANMINA-SCI, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

LARRY D. BRIGGS
1631 Fir Street
Los Banos, CA  93635

*ALL OTHER COUNSEL SERVED VIA ELECTRONIC FILING ("E-FILING")*

Dated: September 4, 2008         RICHARD W. WIEKING, CLERK

By:  _____/s/_____
       Leni Doyle
       Deputy Clerk