UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY D. BRIGGS,

        Plaintiff,

    v.

SANMINA-SCI,

        Defendant.
_____/

No. C-08-0870 EMC

**ORDER APPOINTING COUNSEL**

    Because the plaintiff Larry D. Briggs has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Irene Yang of Howrey LLP is hereby appointed as counsel for Plaintiff Larry D. Briggs in this matter for the limited purpose of representing Mr. Briggs in all matters, including discovery, up through completion of the settlement conference.  Ms. Yang's address is 525 Market Street, Suite 3600, San Francisco, CA  94105. Tel: (415) 848-3235, Fax: (415) 848-4999.

    IT IS SO ORDERED

Dated:   September 29, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY D. BRIGGS,                           No. C-08-0870 EMC

        Plaintiff,

       v.                                    **CERTIFICATE OF SERVICE**

SANMINA-SCI,

        Defendant.
_____/

       I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California.  On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

LARRY D. BRIGGS                                 *ALL OTHER COUNSEL SERVED VIA*
1631 Fir Street                                        *ELECTRONIC FILING ("E-FILING")*
Los Banos, CA  93635


Irene Yang
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105

Dated: September 29, 2008       RICHARD W. WIEKING, CLERK

By: _____
    Betty Fong
    Deputy Clerk