UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. BRIGGS,<br><br>       Plaintiff,<br><br>   v.<br><br>SANMINA-SCI,<br><br>       Defendant. | No. C 08-0870 EMC (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO: Plaintiff(s)/Defendant(s) and their attorney(s) of record:

On July 9, 2008, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for January 6, 2009. Your statement was due December 30, 2008. It was not received by chambers.

It is hereby **ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiff(s)/defendant(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: December 31, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\Briggs v. Sanmina-sc\Briggs.v.Sanmina Overdue Papers.ord.wpd

1