UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. BRIGGS,<br><br>　　　Plaintiff(s),<br><br>　　v.<br><br>SANMINA-SCI,<br><br>　　　Defendant(s). | No. C 08-0870 EMC (BZ)<br><br>**ORDER SCHEDULING<br>TELEPHONE CONFERENCE** |

**IT IS ORDERED** that a telephone conference to discuss the progress of settlement negotiations is scheduled for **Monday, February 2, 2009 at 2:00 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: January 7, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.08\briggs v. Sanmina Tel Conf Re Sett.wpd

1