1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY D. BRIGGS,<br><br>                Plaintiff,<br><br>    vs.<br><br>SANMINA-SCI,<br><br>                Defendants. | Case No. C-08-0870 EMC<br><br><br>**[PROPOSED] ORDER OF DISMISSAL<br>WITH PREJUDICE** |

1        Pursuant to Fed. R. Civ. P. 41(a)(1), and as a result of a settlement agreement reached between

2   the parties to the above-captioned action, plaintiff Larry D. Briggs and defendant Sanmina-SCI, IT IS

3   HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

4        1.     All claims and counterclaims asserted in Case No. C-08-0870 EMC are hereby

5   dismissed with prejudice.

6        2.     Each party shall bear its own costs and expenses.

7        3.     The clerk is directed to close the file in the above-captioned action.

8

9   **IT IS SO ORDERED.**

10

11   Dated: _____April 14, 2009_____



12   The Hon
     UNITED

IT IS SO ORDERED

Judge Edward M. Chen

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE
Case No. C08-0870 EMC

DM_US:22067967_1

1